U. S. 36 (1950). JUSTICE MARSHALL took no part in the consideration or decision of this case.

No. 86–6452. PATTERSON v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari dismissed for want of jurisdiction.

No. — – ——. GRANVIEL v. TEXAS. Motion to direct the Clerk to file the petition for writ of certiorari without an affidavit of indigency executed by the petitioner granted.

No. A–778 (86–1646). TEXAS v. WILLIAMS. Application to continue the stay of mandate of the Court of Criminal Appeals of Texas, presented to JUSTICE WHITE, and by him referred to the Court, is granted pending final disposition by this Court of the petition for writ of certiorari.

No. A–807. LEVY v. UNITED STATES. Application for release pending appeal, addressed to JUSTICE BRENNAN and referred to the Court, denied.

No. A–811. MILLSAP v. FEDERAL NATIONAL MORTGAGE ASSOCIATION ET AL. C. A. 7th Cir. Application for stay, addressed to JUSTICE BRENNAN and referred to the Court, denied.

No. A–846. MISSISSIPPI POWER & LIGHT CO. v. MISSISSIPPI ET AL. Application for stay of judgment of the Supreme Court of Mississippi, presented to JUSTICE WHITE, and by him referred to the Court, granted pending the timely filing and disposition of the appeal by this Court. This order is further conditioned upon the posting of a good and sufficient bond, in manner and amount to be determined by the Supreme Court of Mississippi.

No. A–847 (86–1879). NATIONAL TREASURY EMPLOYEES UNION ET AL. v. VON RAAB, COMMISSIONER, UNITED STATES CUSTOMS SERVICE. C. A. 5th Cir. Application for stay, presented to JUSTICE WHITE, and by him referred to the Court, denied. JUSTICE BRENNAN would grant the application.

No. D–608. IN RE DISBARMENT OF SHARE. Disbarment entered. [For earlier order herein, see 480 U. S. 902.]

No. D–611. IN RE DISBARMENT OF BRICKLE. Disbarment entered. [For earlier order herein, see 480 U. S. 902.]